United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

              Plaintiff

              vs.

**RYAN LITTLE**

              Defendant
_____

:    Crim. No. 10-654

:    Order of Reassignment

It is on this 9th day of November 2011,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Garrett E. Brown, Jr.

                                  S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court